# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                            **Case No. 4:09cv95-SPM/WCS**

**MICHAEL R. EVANS,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed a complaint on March 12, 2009, alleging that Defendant failed to make payments on two loans, both of which were guaranteed under the Colorado Student Loan Program, and seeking $3,723.22 plus interest, and filing fees for this action. Doc. 1. Defendant, who is *pro se*, filed an Answer to the complaint, doc. 5, disputing the loans. Doc. 5. The discovery period began on June 1, 2009, when I entered the case management and scheduling order. Doc. 7.

Plaintiff has now filed a "motion to dismiss complaint," doc. 8, which indicates there is insufficient evidence to proceed with the case. This is a voluntary dismissal pursuant to FED. R. CIV. P. 41. Defendant filed an answer. Doc. 5. Plaintiff has not stipulated to dismissal, though he may in response to this recommendation. In the absence of a stipulation, dismissal must be by court order. Rule 41(a)(2).

Accordingly, it is **RECOMMENDED** that Plaintiff's motion to dismiss be **GRANTED** and this case be closed.

**IN CHAMBERS** at Tallahassee, Florida, on August 6, 2009.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**