**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                 CASE NO.: 4:09-cv-95-SPM-WCS

MICHAEL R. EVANS,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report

and Recommendation (doc. 9). The Parties have been furnished copies and have

been afforded an opportunity to file objections pursuant to Title 28, United States

Code, Section 636(b)(1). No objections have been filed. Having considered the

Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 9) is

           *adopted* and incorporated by reference in this order.

    2.    Plaintiff's Motion to Dismiss (doc. 8) is *granted*. This case is hereby

           closed.

DONE AND ORDERED this <u>tenth</u> day of September, 2009.

                    _s/ Stephan P. Mickle_____

                    Stephan P. Mickle
                    Chief United States District Judge